IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No.: GLR 21-351 |
| **GEORGE FIELDS,** | * | |
| Defendant. | | |
| * * * | | |

## NOTICE OF APPEAL

Comes now, George Fields, by and through Teresa Whalen and Christopher Purpura, appointed counsel, and notes an appeal in the above matter. Mr. Fields requests the appointment of another member of the Criminal Justice Act panel to represent him on the appellate matter.

Respectfully submitted,

*Teresa Whalen*
_____
Teresa Whalen, Esquire
Federal Bar No.: 25245
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 588-1980; (301) 728-2905